IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW MEXICO

In Re:

AARON CARILLO,   Case No. 13-08-13602-m13

    Debtor.

**STIPULATED ORDER GRANTING STATE FARM BANK'S
MOTION FOR RELIEF FROM STAY, FOR RELIEF FROM CO-DEBTOR STAY,
AND TO ABANDON PROPERTY FROM THE BANKRUPTCY ESTATE
AND VACATING FINAL HEARING**

THIS MATTER having come before the Court upon State Farm Bank's Motion to Lift Stay, to Abandon Property from the Estate and for Relief from Co-Debtor Stay, filed herein on November 25, 2008 [Docket Nos. 15-17]; an Amended Notice of such Motions and Deadline to Object thereto having been filed herein on November 25, 2008 [Docket No. 19] and having been served on the same date upon all parties entitled to notice pursuant to the Bankruptcy Court Clerk's Official Mailing Matrix; the deadline to object to such Motions having passed on December 18, 2008; the Debtor having filed Objections to said Motions herein on December 15, 2008 [Docket Nos. 22-24]; no other party having filed any objections; a Preliminary Hearing having been held on January 7, 2008; the parties having stipulated to the entry of this Order; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. State Farm Bank, FSB's collateral, the 2008 Nissan Titan, VIN 1N6BA06A68N316147, is hereby abandoned from this Bankruptcy Estate.

2. The automatic stay is modified to permit State Farm Bank, FSB to take any and all action pursuant to applicable state law against its collateral, the 2008 Nissan Titan, VIN 1N6BA06A68N316147.

3. The co-debtor stay, as to Melissa Kalas, who is not a debtor herein and is not the spouse of the Debtor, is modified to permit State Farm Bank, FSB to take any and all action pursuant to applicable state law against Melissa Kalas and its collateral, the 2008 Nissan Titan, VIN 1N6BA06A68N316147.

4. State Farm Bank, FSB agrees to negotiate, in good faith, with Melissa Kalas, outside of this Bankruptcy case, a forbearance agreement substantively similar to that which was agreed to by the parties on or about October 30, 2008. Any such agreement shall not include the Debtor and shall not provide for any payments to be made by Debtor or Debtor's Bankruptcy Estate.

5. The Final Hearing upon State Farm Bank's Motion to Lift Stay, to Abandon Property from the Estate, and to Lift Co-Debtor Stay, presently set for Monday, February 2, 2009 at 3:00 p.m. is hereby vacated.

_____
HONORABLE MARK B. McFEELEY
UNITED STATES BANKRUPTCY JUDGE

Entered on Docket Date: 1/30/09
Submitted by:

PUCCINI & MEAGLE, P.A.
By: */s/ submitted by email 01/28/2009*
    Shay E. Meagle
    *Attorney for State Farm Bank, FSB*
    PO Box 50700
    Albuquerque NM 87181-0700
    Telephone: (505) 255-0202
    Facsimile: (505) 255-0202

Approved by:

SCHIMMEL LAW OFFICE

By: */s/ approved via telephone 01/28/2009*
    Jason Neal
    *Attorney for Debtor*

PO Box 8
Albuquerque NM 87103-0008
Telephone: (505) 837-4400
Facsimile: (505) 837-2528

Copies to:

Kelley Skehen
Chapter 13 Trustee
625 Silver Ave Sw Ste 350
Albuquerque NM 87102-3111

Melissa Kalas
Codebtor on debt to State Farm Bank
2858 John St SE
Albuquerque NM 87102-5122

C:\TEMP\notesA86B5F\StipOrdMtnsLiftStay.010709.wpd
5503.17